# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133466(77)

UNITED STATES FIDELITY INSURANCE &
GUARANTY COMPANY,
   Plaintiff-Appellee,

v

MICHIGAN CATASTROPHIC CLAIMS
ASSOCIATION,
   Defendant-Appellant,

and

MICHAEL MIGDAL, Individually and as
Conservator for the Estate of DANIEL MIGDAL,
a Protected Person,
   Defendant.

_____

SC: 133466
COA: 260604
Oakland CC: 2003-051485-CK

   On order of the Chief Justice, the motion by the Coalition Protecting Auto No-Fault for leave to file a brief *amicus curiae* is considered and it is GRANTED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2008

_____
Clerk